UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LHF PRODUCTIONS, INC., | Case No. C16-731 RSM |
| Plaintiff, | MINUTE ORDER |
| v. | |
| DOE 1, *et al.*, | |
| Defendants. | |

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge:

On March 17, 2017, Plaintiff LHF Productions, Inc. ("LHF") filed a Motion for Extension of Time to File Joint Notice of Appeal. Dkt. #89. Despite filing its motion for extension of time, LHF filed a Notice of Civil Appeal on the same day. *See* Dkt. #90. Pursuant to Rule 4(a)(1)(A) of the Federal Rules of Appellate Procedure, in a civil case a notice of appeal "must be filed with the district clerk within 30 days after entry of the judgment or order appealed from." Here, the Court entered the Order LHF seeks to appeal on February 15, 2017. *See* Dkt. #87. Consequently, LHF had until March 17, 2017, to file its Notice of Appeal. Because LHF timely filed its appeal in the Ninth Circuit, LHF's Motion for Extension of Time to File Joint Notice of Appeal is STRICKEN as MOOT.

MINUTE ORDER - 1

1
2
3   DATED this 14th day of April, 2017.
4                                           WILLIAM McCOOL, Clerk
5
6                                           By: /s/ Rhonda Stiles
                                                  Deputy Clerk
7

MINUTE ORDER - 2